UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
§
KATHRYN L CROSTY § Case No. 17-81497
§
§
_____Debtor_____ §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,796.00<br>*(Without deducting any secured claims)* | Assets Exempt: 14,254.00 |
| Total Distributions to Claimants: 19,589.00 | Claims Discharged<br>Without Payment: 60,514.24 |
| Total Expenses of Administration: 5,688.63 | |

3) Total gross receipts of $ 47,283.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,005.84 (see **Exhibit 2**), yielded net receipts of $ 25,277.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 21,796.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,688.63 | 5,688.63 | 5,688.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,718.24 | 19,455.78 | 19,455.78 | 19,589.00 |
| **TOTAL DISBURSEMENTS** | $ 60,514.24 | $ 25,144.41 | $ 25,144.41 | $ 25,277.63 |

4) This case was originally filed under chapter 7 on 06/23/2017 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2018              By: /s/BERNARD J. NATALE, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Estate of Mother | 1229-000 | 47,283.47 |
| **TOTAL GROSS RECEIPTS** | | **$47,283.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KATHRYN L CROSTY | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 22,005.84 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 22,005.84** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Bank Of Rock, 3106 N Rockton Ave Rockford, IL 61103 | | 21,796.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 21,796.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,277.76 | 3,277.76 | 3,277.76 |
| BERNARD J. NATALE | 2200-000 | NA | 9.92 | 9.92 | 9.92 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,345.00 | 2,345.00 | 2,345.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 15.95 | 15.95 | 15.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,688.63 | $ 5,688.63 | $ 5,688.63 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 9,694.00 | NA | NA | 0.00 |
| | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt Po Box 790040 Saint Louis, MO 63179 | | 5,153.00 | NA | NA | 0.00 |
| | First National Bank, Attn: FNN Legal Dept 1620 Dodge St Mailstop Code 3290 Omaha, NE 68191 | | 9,890.00 | NA | NA | 0.00 |
| | Huntington Bank, Attn: Bankruptcy P.O. Box 182519 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Joseph Mann & Creed, Box 1270 Twinsburg, OH 44087 | | 66.30 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penney, Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 4,024.00 | NA | NA | 0.00 |
| | The CKB Firm, 30 N. LaSalle St Suite 1520 Chicago, IL 60602 | | 9,890.94 | NA | NA | 0.00 |

Case 17-81497    Doc 30    Filed 05/24/18    Entered 05/24/18 15:13:01    Desc Main
Document      Page 6 of 10

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First National Bank Of Omaha | 7100-000 | NA | 10,146.94 | 10,146.94 | 10,146.94 |
| 1 | PYOD,LLC as Assignee Citibank NA | 7100-000 | NA | 5,153.71 | 5,153.71 | 5,153.71 |
| 3 | Synchrony Bank | 7100-000 | NA | 4,155.13 | 4,155.13 | 4,155.13 |
|   | First National Bank Of Omaha | 7990-000 | NA | NA | NA | 69.48 |
|   | PYOD,LLC as Assignee Citibank NA | 7990-000 | NA | NA | NA | 35.29 |
|   | Synchrony Bank | 7990-000 | NA | NA | NA | 28.45 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 38,718.24 | $ 19,455.78 | $ 19,455.78 | $ 19,589.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-81497 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | KATHRYN L CROSTY | | | | Date Filed (f) or Converted (c): | 06/23/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/03/2017 |
| For Period Ending: | 05/17/2018 | | | | Claims Bar Date: | 12/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 519 High Street Pecatonica Il 61063-0000 Winnebago | 32,500.00 | 32,500.00 | OA | 0.00 | FA |
| 2. 2002 Ford Tarus Mileage: 104665 Per Nada Value | 1,425.00 | 1,425.00 | OA | 0.00 | FA |
| 3. Older Household Furniture & Personal Belongings | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 4. Tv, Computers, Cell Phones, And Other Electronic Devices | 300.00 | 0.00 | OA | 0.00 | FA |
| 5. Necessary Wearing Apparel | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. Various Costume Jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. German American State Bank | 25.00 | 0.00 | OA | 0.00 | FA |
| 8. Inheritance from Estate of Mother (u) | 0.00 | 48,000.00 | | 47,283.47 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $36,050.00 | $81,925.00 | | $47,283.47 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 06/30/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No.: 17-81497 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: KATHRYN L CROSTY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8913 |
| | Checking |
| Taxpayer ID No: XX-XXX3958 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/07/17 | 8 | American Funds<br>P O Box 6164<br>Indianapolis IN 46206 | Inheritance | 1229-000 | $5,211.43 | | $5,211.43 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,201.43 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,191.43 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,181.43 |
| 01/08/18 | 8 | RiverSource Life Insurance Company<br>200 Ameriprise Financial Center<br>Minneapolis MN 55474 | Inheritance | 1229-000 | $42,072.04 | | $47,253.47 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $47,243.47 |
| 03/28/18 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $3,287.68 | $43,955.79 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.    ($3,277.76) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses    ($9.92) | 2200-000 | | | |
| 03/28/18 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $2,360.95 | $41,594.84 |
| | | BERNARD J. NATALE LTD | Attorney Fees    ($2,345.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses    ($15.95) | 3120-000 | | | |

Page Subtotals:  $47,283.47    $5,688.63

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No.: 17-81497 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: KATHRYN L CROSTY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8913 |
| | Checking |
| Taxpayer ID No: XX-XXX3958 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 | 1103 | PYOD,LLC as Assignee Citibank NA<br>Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | Ref #1670 | | | $5,189.00 | $36,405.84 |
| | | | ($35.29) | 7990-001 | | | |
| | | PYOD,LLC as Assignee Citibank NA | Ref #1670  ($5,153.71) | 7100-000 | | | |
| 03/28/18 | 1104 | First National Bank Of Omaha<br>Brumbaugh And Quandahl, P.C.<br>4885 South 118Th Street, Suite 100<br>Omaha, Ne 68137 | Ref #6304 | | | $10,216.42 | $26,189.42 |
| | | | ($69.48) | 7990-001 | | | |
| | | First National Bank Of Omaha | Ref #6304  ($10,146.94) | 7100-000 | | | |
| 03/28/18 | 1105 | Synchrony Bank<br>% PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk VA 23541 | Ref #4396 | | | $4,183.58 | $22,005.84 |
| | | | ($28.45) | 7990-001 | | | |
| | | Synchrony Bank | Ref #4396  ($4,155.13) | 7100-000 | | | |
| 03/28/18 | 1106 | KATHRYN L CROSTY<br>PO BOX 711<br>PECATONICA, IL  61063 | Distribution of surplus funds to debtor. | 8200-002 | | $22,005.84 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $47,283.47 | $47,283.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,283.47 | $47,283.47 |
| Less: Payments to Debtors | $0.00 | $22,005.84 |
| Net | $47,283.47 | $25,277.63 |

Page Subtotals:  $0.00  $41,594.84

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8913 - Checking | $47,283.47 | $25,277.63 | $0.00 |
|  | $47,283.47 | $25,277.63 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,283.47 |
| Total Gross Receipts: | $47,283.47 |